Phillip E. Smith, Esq. (SBN 120222)
SMITH SMITH & FEELEY LLP
1401 Dove Street, Suite 610
Newport Beach, California 92660
Telephone: 949.263.5920
Email: psmith@insurlaw.com

Attorneys for Plaintiff Infinity Select Insurance Company

Larry M. Lee, Esq. (SBN 77140)
LAW OFFICE OF LARRY M. LEE
4236 West Mineral King Avenue
Visalia, California 93291
Telephone: 559.627.2080
Email: larry@lleelaw.com

Attorneys for Defendants Oscar A. Aceves, Martha B. Maciel, Angelica M. Gutierrez, Maria N. Haro, Jose de Jesus Aceves, Maria G. Aceves, Prospero O. Aceves and Jose Luis Aceves

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| INFINITY SELECT INSURANCE COMPANY, <br><br> Plaintiff, <br><br> vs. <br><br> CRESENCIO CAMPOS, JOSE ULISES CAMPOS AKA JOSE ULISES CAMPOS LOPEZ, SIERRA NEVADA LABOR, INC., OSCAR A. ACEVES, MARTHA B. MACIEL, ANGELICA M. GUTIERREZ, MARIA N. HARO, JOSE DE JESUS ACEVES, MARIA G. ACEVES, PROSPERO O. ACEVES, JOSE LUIS ACEVES, AND DOES 1-30, <br><br> Defendants. | Case No.: 1:24-CV-00803-JLT-SKO <br><br> **STIPULATION TO BE BOUND BY JUDGMENT; [PROPOSED] ORDER** |

Plaintiff Infinity Select Insurance Company ("Infinity"), through its counsel, and defendants Oscar A. Aceves, Martha B. Maciel, Angelica M. Gutierrez, Maria N. Haro, Jose de Jesus Aceves, Maria G. Aceves, Prospero O. Aceves and Jose Luis Aceves (collectively "the Aceves Claimants"), through their counsel, hereby stipulate as follows:

1. In October 2023, the Aceves Claimants filed a wrongful death action against various parties including Cresencio Campos and Jose Campos (collectively "the Insureds") entitled *Aceves v. Sierra Nevada Labor, Inc.,* Tulare County Superior Court Case No. VCU302372 ("the Underlying Action").

2. The Insureds tendered the defense of the Underlying Action to their commercial automobile insurer, Infinity.

3. Infinity has agreed to defend the Insureds in the Underlying Action subject to a reservation of rights.

4. Infinity filed the present action seeking a judicial declaration that it has no duty to defend or indemnify the Insureds in the Underlying Action.

5. Infinity named the Aceves Claimants as defendants in the present action due to their status as potential judgment creditors under California Insurance Code section 11580(b)(2) and to ensure that the Aceves Claimants are bound by the Court's determination of the coverage issues in the present action. *See Shapiro v. Republic Indem. Co. of Am.*, 52 Cal.2d 437, 439-40, 341 P.2d 289 (1959). Infinity is not seeking, and will not seek, any monetary damages or costs against the Aceves Claimants in the present action.

6. The Aceves Claimants do not wish to participate in the present action, and the Aceves Claimants agree to be bound by any order or judgment regarding coverage entered in the present action.

//
//
//
//
//

7. Therefore, Infinity and the Aceves Claimants hereby stipulate that this will constitute the Aceves Claimants' appearance in this action; that the Aceves Claimants will not be required to participate in this action; that the Aceves Claimants will be bound by any order or judgment regarding the scope of coverage that the Court might enter in this action; and that Infinity will not seek any monetary damages or costs against the Aceves Claimants in this action.

Dated:  October 23, 2024          SMITH SMITH & FEELEY LLP


/s// Phillip E. Smith
Phillip E. Smith, Esq.
Attorneys for Plaintiff Infinity Select Insurance Company


Dated:  October 23, 2024          LAW OFFICE OF LARRY M. LEE


/s/ Larry M. Lee (as authorized on 10/22/24)
Larry M. Lee, Esq.
Attorneys for Defendants Oscar A. Aceves, Martha B. Maciel, Angelica M. Gutierrez, Maria N. Haro, Jose de Jesus Aceves, Maria G. Aceves, Prospero O. Aceves and Jose Luis Aceves

ORDER

The above stipulation is APPROVED.
IT IS SO ORDERED.

Dated:   **October 30, 2024**

*[signature: Jennifer L. Thurston]*
UNITED STATES DISTRICT JUDGE